# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE,<br><br>             Petitioner,<br><br>  v.<br><br>A.K. SCRIBNER,<br><br>             Respondent. | 1:05-cv-00725-OWW-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 4)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DENYING AS MOOT PETITIONER'S EX PARTE MOTION FOR APPOINTMENT OF A SPECIAL PROSECUTOR (Doc. 6)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER A FORM FOR FILING CLAIMS PURSUANT TO 42 U.S.C. § 1983<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

    Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On June 6, 2005, Petitioner filed his petition for writ of habeas corpus in this Court. (Doc. 1). On September 22, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendations recommending that the petition for writ of habeas corpus be dismissed

because the Petition challenges the conditions, rather than the fact, of Petitioner's confinement, and thus should have been brought as a case pursuant to 42 U.S.C. § 1983. (Doc. 4). The Report and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. On October 17, 2005, Petitioner filed objections to the Magistrate Judge's Report and Recommendations. (Doc. 5). On October 17, 2005, Petitioner filed an ex parte motion for appointment of a special prosecutor to investigate his claims. (Doc. 6).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendations issued September 22, 2005 (Doc. 4), are ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED;

3. Petitioner's motion for appointment of a special investigator (Doc. 6), is DENIED as MOOT;

4. The Clerk of Court is DIRECTED to send Petitioner the standard form for filing claims pursuant to 42 U.S.C. § 1983; and

5. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   November 4, 2005                    /s/ Oliver W. Wanger
emm0d6                                       UNITED STATES DISTRICT JUDGE